IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOSEPH M. WILLARD
ADC # 127631                                                                                          PLAINTIFF

v.                                    2:08CV00024-WRW-HDY

RAY HOBBS, Chief Deputy Director, Arkansas
Department of Correction; EDDIE SENSAT, Administrator
of Religious Services, Arkansas Department of Correction;
RANDY WATSON, Asst. Warden, East Arkansas
Regional Unit, Arkansas Department of Correction;
DENNIS WILSON, Chaplain, East Arkansas Regional
Unit, Arkansas Department of Correction; and GREG
HARMON, Warden, East Arkansas Regional Unit,
Arkansas Department of Correction                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young and the objections received thereto. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition are adopted in their entirety as this Court's findings in all respects. Accordingly, Plaintiff's Motion for Injunctive Relief (Doc. No. 54) is DENIED.

IT IS SO ORDERED this 5th day of January, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE