**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JOSEPH M. WILLARD
ADC # 127631                                                                                          PLAINTIFF

V.                                           2:08CV00024 WRW/HDY

RAY HOBBS *et al.*                                                                                DEFENDANTS

## ORDER

Pending before the Court is the Plaintiff's "Motion for Leave to Serve Additional Interrogatories" (docket entry #67). According to his motion, Plaintiff has already received answers to thirty-three interrogatories from Defendant Harmon, more than the limit of twenty-five provided for in Federal Civil Procedure Rule 33(a)(1), and wishes to submit more than the limit to Defendant Hobbs as well. However, Plaintiff has not included the additional interrogatories that he wishes to serve on the Defendants, and therefore has not provided sufficient justification for an alteration of the discovery rules. Therefore, his Motion is DENIED, but without prejudice to his right to re-file the motion with the proposed interrogatories so that the Court may make a decision consistent with the requirements of Federal Civil Procedure Rule 26(b)(2).

DATED this   13   day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE