**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

JOSEPH M. WILLARD
ADC # 127631                                                                                                          PLAINTIFF

V.                                            2:08CV00024 WRW/HDY

RAY HOBBS *et al.*                                                                                                DEFENDANTS

**ORDER**

    Pending before this court is Defendants' Motion to File Under Seal (docket entry #73). Defendants request that the exhibits attached to Docket Entry # 63 be removed from the CM/ECF system and re-filed under seal to prevent embarrassment and humiliation to a non-party witness in this case. Due to the nature of the exhibits and out of consideration for Ms. Hovis, a non-party, who has expressed concern that the documents may cause humiliation, embarrassment, and harm to her and her family, the Defendants' motion is GRANTED. The clerk of the court is directed to remove Exhibit #1 from docket entry #63 from CM/ECF and place same under seal *nunc pro tunc*. The parties should seek leave of the Court for prior permission to file under seal if they feel it necessary to submit similarly indiscreet information.

    IT IS SO ORDERED this   21   day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE