**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**JOSEPH M. WILLARD**
**ADC # 127631**                                                    `        **PLAINTIFF**

 **v.**                          **2:08-CV-00024-WRW-HDY**

**RAY HOBBS** *et al.*                                              **DEFENDANTS**

<u>**ORDER**</u>

Pending is Plaintiff's Appeal of Magistrate Judge Decision (Doc. No. 60). Based on the

Magistrate's Order,[1] Plaintiff's objections in his appeal,[2] and a *de novo* review of the record,

Plaintiff's appeal is DENIED.

IT IS SO ORDERED this 23rd day of January, 2009.


/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 55

[2]Doc. No. 61.