## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**JOSEPH M. WILLARD, ADC 127631**                                                          **PLAINTIFF**

**V.**                               **2:08-CV-00024-WRW/HDY**

**RAY HOBBS, et al.**                                                                              **DEFENDANTS**

### ORDER

Plaintiff's objections "to the Magistrate Order Denying Appointment of Counsel" are OVERRULED, and his appeal (Doc. No. 113) is DENIED.

IT IS SO ORDERED this 16th day of April, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE