## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

JOSEPH M. WILLARD
ADC # 127631                                                                                              PLAINTIFF

V.                                               2:08CV00024 WRW

RAY HOBBS, Chief Deputy Director, Arkansas
Department of Correction; EDDIE SENSAT, Administrator
of Religious Services, Arkansas Department of Correction;
DENNIS WILSON, Chaplain, East Arkansas Regional
Unit, Arkansas Department of Correction; and GREG
HARMON, Warden, East Arkansas Regional Unit,
Arkansas Department of Correction                                                                         DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #2) is DISMISSED. The requested relief is denied and any pending motions are denied as moot.

DATED this 12th day of August, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE