**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JOSEPH M. WILLARD
ADC # 127631                                                                                          PLAINTIFF

V.                                            2:08CV00024 WRW

RAY HOBBS, Chief Deputy Director, Arkansas
Department of Correction; EDDIE SENSATE, Administrator
of Religious Services, Arkansas Department of Correction;
DENNIS WILSON, Chaplain, East Arkansas Regional
Unit, Arkansas Department of Correction; and GREG
HARMON, Warden, East Arkansas Regional Unit,
Arkansas Department of Correction                                                        DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED WITH PREJUDICE

DATED this 12th day of August, 2009.

                                                                    /s/Wm. R. Wilson, Jr.
                                                                    UNITED STATES DISTRICT JUDGE